IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARCIE P. SCRIBER, Trustee**
**of the Ladd J. Scriber Life**
**Insurance Trust**                                                                 **PLAINTIFF**

v.                                   **No. 3:15-cv-244-DPM**

**CONSECO LIFE INSURANCE**
**COMPANY**                                                                          **DEFENDANT**

## JUDGMENT

The amended complaint is dismissed with prejudice.

*(signed)* D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

27 February 2018